UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:24-cv-00880-WWB-EJK

HOWARD COHAN,

    Plaintiff,

vs.

PARAMOUNT HOSPITALITY
MANAGEMENT, LLC
a Florida Limited Liability Company
d/b/a POINT ORLANDO RESORT

    Defendant(s).
_____/

## JOINT NOTICE OF SETTLEMENT

The Plaintiff, HOWARD COHAN and the Defendant, PARAMOUNT HOSPITALITY MANAGEMENT, LLC, a Florida Limited Liability Company, d/b/a POINT ORLANDO RESORT, (the Parties) by and through their undersigned counsel, hereby notify the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within sixty (60) days and should not be required to file any further responses, motions, and/or pleadings.

    RESPECTFULLY SUBMITTED July 10, 2024.

| | |
|---|---|
| By: **/s/ Gregory S. Sconzo** | By: **/s/ Connie Felix Chen** |
| Gregory S. Sconzo, Esq. | **CAPRI TRIGO, ESQ.** |
| Florida Bar No.: 0105553 | Florida Bar No. 28564 |
| Sconzo Law Office, P.A. | **CONNIE FELIX CHEN, ESQ.** |
| 3825 PGA Boulevard, Suite 207 | Florida Bar No. 1003852 |
| Palm Beach Gardens, FL 33410 | **GORDON REES** |
| Telephone: (561) 729-0940 | **SCULLY MANSUKHANI** |

1

| | |
|---|---|
| Facsimile: (561) 491-9459<br>Email: greg@sconzolawoffice.com<br>Email: perri@sconzolawoffice.com<br>Attorney for Plaintiff | Miami Tower<br>100 S.E. Second Street, Suite 3900<br>Miami, Florida 33131<br>Telephone: (305) 428-5323<br>Email: ctrigo@grsm.com;<br>cfchen@grsm.com<br>Secondary email: jzmartinez@grsm.com;<br>dsalinas@grsm.com<br>***Counsel for Defendant*** |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 10, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                                 **/s/ Gregory S. Sconzo**
                                                                 **Gregory S. Sconzo, Esq.**